## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.: 19-13715-BKC-RBR**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ADRIAN MESA
XXX-XX-1805

<u>DEBTOR                                   </u>/

### OBJECTION TO EXEMPTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**Robin R. Weiner**, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), hereby objects to the Debtor's claimed exemptions in Schedule C and states:

1. The Debtor's claim of exemption in REAL PROPERTY UNDER THE WILDCARD EXEMPTION violates the provisions of 11 U.S.C. Section 511, F.S. Section 222.20 and F.S. Section 222.30.

**WHEREFORE**, the Trustee respectfully requests that the claimed exemption(s) be stricken and disallowed.

**I HEREBY CERTIFY** that I am admitted to the Bar of United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Objection to Exemptions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, to the parties listed on the attached service list this 10th day of May, 2019.

        */s/ Robin R. Weiner*
        ROBIN R. WEINER, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 559007
        FORT LAUDERDALE, FL 33355-9007
        TELEPHONE: 954-382-2001
        FLORIDA BAR NO.: 861154

OBJECTION TO EXEMPTIONS
CASE NO.:  19-13715-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ADRIAN MESA
6309 WILEY STREET
HOLLYWOOD, FL  33023-1731

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012