UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 19-13715-SMG

Adrian Mesa

      Debtor(s).                                                    Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On March 22, 2019 the instant case was filed.

2. On May 31, 2019 Debtor's Chapter 13 plan was confirmed.

3. In said plan the Debtor was paying a higher amount to the unsecured creditors than the total amount of allowed unsecured creditors.

4. The deadline for filing claims has now passed and Debtor wishes to modify his plan to provide for said payment to all of the allowed unsecured creditors.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on June 2, 2020:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN#0442161