**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re: Adrian Mesa                                          Case No. 19-13715-SMG
                                                            Chapter 13
        Debtor(s).
_____/

**DEBTORS' MOTION FOR APPROVAL OF SALE OF REAL ESTATE PROPERTY AND TO CONTINUE PLAN PAYMENT AS CONFIRMED**

COMES NOW the Debtor, Adrian Mesa, by and through the undersigned counsel, and files this Motion for Approval of Sale of Real Estate Property and to Continue Plan Payment as Confirmed and in support thereof states:

1. This case was filed under Chapter 13 on March 22, 2019.

2. The Debtor's case was confirmed on May 31, 2019.

3. The Debtor has a paid off, non-homestead and vacant property (herein "Lot") located at 2301 Tampa Avenue, Pioneer, FL, Hendry County.

4. Said property is legally described as:

    Parcel Identification Number: 1-31-43-33-A00-0111.0000;

    Legal Description:  SW 1/4 OF SE 1/4 OF SW 1/4 OF NW 1/4 TRACT 257 2.5 AC

5. The Debtor is currently paying 100% of all the allowed unsecured claims.

6. The Debtor is filing this motion with the intention of selling the Lot in the future to obtain funds to have a down payment on a home.

7. The Debtor does not have a purchaser for the Lot at this point.

8. After obtaining the funds from the sale, the Debtor is proposing to continue paying his 100% plan according to the last approved plan, which is the First Modified Plan.

WHEREFORE the Debtors respectfully request that this Court grant this Motion, Allow for the Debtor to sell the Lot, retain the funds to purchase another property in the future, continue paying his plan according to the First Modified Plan, and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Robin Weiner, Trustee, and via U.S. Mail to all creditors on the service list.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161