

**ORDERED in the Southern District of Florida on June 1, 2021.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re: Adrian Mesa                     Case No. 19-13715-SMG
                                           Chapter 13

         Debtor(s).
_____/

**ORDER GRANTING DEBTOR'S MOTION OF SALE OF REAL ESTATE PROPERTY
AND TO CONTINUE PLAN PAYMENT AS CONFIRMED**

THIS MATTER, having come up for hearing on the Court's consent calendar on the 13th day of May, 2021 upon Debtor's Motion for Approval of the Sale of Real Estate Property and to Continue Plan Payment as Confirmed (ECF#39) and the Court having reviewed the file, and being otherwise fully advised on the premises, IT IS;

         ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

2. Debtor is approved to sell his vacant lot, which is non-homestead property, located at 2301 Tampa Avenue, Pioneer, FL, Hendry County, with a legal description of:

    Parcel Identification Number: 1-31-43-33-A00-0111.0000;

    Legal Description: SW 1/4 OF SE 1/4 OF SW 1/4 OF NW 1/4 TRACT 257 2.5 AC in the Public Records of Hendry County, Florida

3. Any proceeds of the sale will first be sent to Robert Sanchez, P.A.'s Trust Account to be disbursed to the Chapter 13 Trustee for the benefit of paying off the Debtor's 100% plan and then the Debtor may retain the remainder of the funds, if any.

### #

Respectfully Submitted By:

Robert Sanchez, Esq.
ROBERT SANCHEZ, P.A.
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

Robert Sanchez, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.