UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Adrian Mesa                                    Case No. 19-13715-SMG
                                               Chapter 13

    Debtor(s)
_____/

### DEBTOR'S MOTION TO ALLOW PAYOFF OF BANKRUPTCY CASE AND REQUEST FOR DISCHARGE AFTER LF-97 IS FILED

**COMES NOW,** the Debtor, Adrian Mesa, by and through the undersigned counsel and file this Motion to Allow Payoff of Bankruptcy Case and Request for Discharge after LF-97 if filed and as grounds states as follows:

1. This case was filed under Chapter 13 on March 22, 2019.

2. The debtor case was confirmed on May 31, 2019.

3. The Debtor would like to utilize the proceeds from the sale of his non-homestead property (SEE ECF 42 - Order Granting Motion to Approve Sale) to pay off the remainder of the debtor chapter 13 plan and receive his discharge.

4. The undersigned attorney request approval of the fee of $525 paid by the debtor for services related to the preparation and filing of this motion.

WHEREFORE, the debtor, through the undersigned counsel, respectfully request that this Honorable Court enter an Order Granting the debtor motion to allow payoff of bankruptcy case and request for Discharge after LF97 is filed and allow for $525.00 in attorney's fees and costs for the filing of this instant Motion, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161